# ATTACHMENT 1

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Andrew Lamb_

_____

_____

vs

(Full name of defendant(s))

_Tammy Davis_

_Joey Laughlin_

_Lenord Baker_

_Wesly Green_

<div style="border:1px solid red">

**FILED**

**01/26/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

</div>

Case Number:

1:23-cv-175-SEB-TAB

_____

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_, and is located at
(State)

_123 West 4th St, Connersville, IN 47331_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant Tammy Davis

(Name)

is (if a person or private corporation) a citizen of Indiana

(State, if known)

and (if a person) resides at

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Fayette County Public Defenders

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

In May 2021 I was sentenced in the Fayette County Superior Court, Tammy Davis was my Court appointed attorney. After sentencing I was transfered in July 2021 to the I.D.O.C facility R.D.C in Plainfeild, IN. While going through the Classification process I spoke to the counslor and I asked what my outdate was at which point I was told it was in April 2022. I knew this to be incorrect and told the Counslor so, In

2. Defendent Joey Laughlin is a citizen of Indiana and worked for the Fayette Sheriffs Department.

Defendent Lenord Baker is a citizen of Indiana and worked at the Fayette County Jail as Jail commander.

Defendent Wesly Green is a citizen of Indiana and works at the Fayette County Jail and Fayette County sheriffs department.

respose the counslor told me my sentencing court would have to fix the issue and order I.D.O.c to change my outdate. Upon further review of my classification papers I discovered the issue was that I was awarded the wrong amount of credit days. Immediately upon being transfered from I.D.O.c to Putnamville Correctional Facility I hand wrote to my sentencing court a "Motion to Correct Sentence", which was denied. I wrote a letter to Tammy Davis explaining to her the mistake she made. I recieved no response. In October 2021 I was again transfered back to the Fayette County Jail in which I spoke directly with Wesly Green who is in charge of calculating credit time and outdates. He told me my outdate was March 2022 and I told him that was incorrect. He said he would "speak with the judge". At this point I was severly depressed and desperate. I thought maybe I made a mistake in my "Motion to Correct Sentence" since I felt the

Cont. from pg 3.

mistake was prima facie and simple to correct. So again I filed a "Motion to Correct Jail time credit" and again wrote to Tammy Davis. My motion was denied and I recieved no response from Tammy Davis. I wrote the jail commander a grievance which was denied stating it was a court issue. I Appealed to the Sherriff Joey Laughlin in which I recieved no response. Again I by chance caught Wesly Green and asked why my Motions had been denied since I recieved no notice from the courts as to why. Mr. Green said "he didn't know why" and that my outdate had been changed to April 2022. When I asked why he stated "I should've just kept my mouth shut" that the judge was mad at my letters and motions.

At this point I had lost all hope. I began sleeping 16 to 18 hrs a day. I couldn't understand how no one could help me and why I was now being punished for trying to fix the mistake that was made by Tammy Davis and Wesly Green. I could not understand why when I brought these issues to attention to the Sheriff and the Jail Commander they refused to remedy the problem, and were delibratly indifferent. My correct out date was coming fast and I was trying to

prevent being held past my outdate and
my constitutional rights from being violated,
but at this point had given up on the
American Justice System. I had made my
mistake, violated the law and served my time
now it was time to be released and
start my life over only to be told I had
to serve another 90 days. I was determined
not to give up and began researching at the
jail VizVox (Kiosk) cases that may be similar
to mine. I again handwrote a "Motion to Correct
Errornios sentence" believing that the error
made was "on it's face". It was denied.
My correct Outdate had now came and gone.
I continued to research and decided to
try a "Petition for Post Conviction", but knew
these could take a long time, so I also
wrote letters again to each Judge in all
the Courts including Senior Judge Daniel Lee
Pflum. I recieved no response again and
had come to terms with the fact that I'd
not get out entill April. My correct outdate
being in Feburary I was 28 days past my
outdate when officer Tyler Jarboe notified
me to pack my property that Wesly Green
called from the Court and told him to
release me. My "Petition for Post Conviction"
had been accepted.

Cont. from Pg. 4

At this point the sentencing court now by accepting my "Petition for Post-conviction" had declared that this additional period of detention was beyond the length of my lawful sentence, and that said, Tammy Davis, Joey Laughlin, Lenord Baker and Wesly Green knew my outdate was wrong and refused to act to remedy it. The above named defendents were delibratly indifferent to my 14 admendment right to my liberty interest. In addition to violating my 14th admendment, my 8th admendment was violated due to this incarceration without penological justifocation. The above named defendents knew and failed to take effectual action. Tammy Davis failed to correctly calculate my credit time and Joey Laughlin, Lenord Baker and Wesly Green failed to have policy in place to prevent miscalculation of credit time. When booked in the date of book in is recorded into the computer system which could then be sent to the courts by Wesly Green who transports inmates to and from court. Only after countless letters and Motions was I released past my lawful outdate.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                        OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
     different from the state citizenship of every defendant, and the amount of
     money at stake in this case (not counting interest and costs) is
     $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I ask the Court to Grant the plaintiff to
proceed on a claim for Monetary damages of
$100,000 (one Hundred Thousand dollars) plus legal
expenses, against defendants in their personal
Capacity for violating my 14th and 8th admendments
rights for failing to act or take effectional
action and being delibratly indifferant to my
right to liberty. Also to force Fayette County Jail
to put in place policy to prevent this gross
injustice from happening again to other people.

E.    JURY DEMAND

☒    Jury Demand - I want a jury to hear my case
               OR

☐    Court Trial -- I want a judge to hear my case


Dated this __21__ day of __January__ 20_23_.

        Respectfully Submitted,


        _Andrew Canb_
        Signature of Plaintiff


        _84830_
        Plaintiff's Prisoner ID Number


        _Fayette County Jail, 123 w. 4th st;_
        _Connersville, IN 47331_
        (Mailing Address of Plaintiff)

        (If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.