UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREW LAMB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00175-MPB-TAB ) |
| TAMMY DAVIS, JOEY LAUGHLIN, LENORD BAKER, WESLY GREEN, | ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. All claims against defendant Tammy Davis are **DISMISSED with prejudice**. All claims against defendants Joey Laughlin, Lenord Baker, and Wesly Green are **DISMISSED without prejudice**.

Dated: January 22, 2024

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ANDREW LAMB
10226 Lone Wolf Dr
Indianapolis, IN 46235